IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Fairmount Minerals, Ltd.,

      Plaintiff,                                    JUDGMENT IN A CIVIL CASE

v.                                                            Case No. 14-cv-400-bbc

Mineral Service Plus, LLC and
Railroad Specialties, Inc.,

      Defendants.

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered confirming defendants Mineral Service Plus, LLC and

Railroad Specialties, Inc.'s arbitration awards and closing this case.


| s/V. Olmo, Deputy Clerk | 2/10/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |