IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Fairmount Minerals, Ltd.
(n/k/a Fairmount Santrol Inc.),

    Plaintiff,

v.

Mineral Service Plus, LLC,

    and

Railroad Specialties, Inc.,

    Defendants.

Case No. 2014-CV-400

## FAIRMOUNT MINERALS, LTD.'S NOTICE OF APPEAL

Notice is hereby given that Fairmount Minerals, Ltd. (n/k/a Fairmount Santrol Inc.), plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on the 10th day of February, 2015.

Dated: March 11, 2015

**MICHAEL BEST & FRIEDRICH LLP**

By: /s/Thomas A. Janczewski
    Aaron H. Kastens, SBN 1045209
    *ahkastens@michaelbest.com*
    Thomas A. Janczewski, SBN 1066346
    *tajanczewski@michaelbest.com*
    100 East Wisconsin Avenue, Suite 3300
    Milwaukee, WI  53202

*Attorneys for Fairmount Minerals, Ltd., n/k/a Fairmount Santrol Inc.*